IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| A.S., | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:26-cv-105 (CDL) |
| Warden, STEWART DETENTION CENTER, *et al.*, | * | 28 U.S.C. § 2241 |
| Respondents. | * | |
| | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 7, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 23rd day of September, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] The Court is skeptical as to whether jurisdiction exists for this Court to consider Petitioner's alleged prolonged detention claim, but to the extent that it does, the Court finds the detention not to have been unconstitutionally prolonged under the circumstances, including the fact that Congress has determined that a petitioner under these circumstances shall be mandatorily detained and that her detention now appears to have been prolonged due to a pending appeal. This record does not support the conclusion that she is being detained indefinitely to the extent that she is suffering a constitutional violation.